United States District Court
Southern District of Texas
ENTERED

JUL 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUN 30 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| JOSE HERMILO ACEVEDO and ALMA DELIA GUTIERREZ ACEVEDO, Individually And As Representatives of the Estate of JOSE ACEVEDO and NESTOR ACEVEDO <br><br> -PLAINTIFFS <br><br> LUIS HERNANDEZ, JR. AND AURORA HERNANDEZ, Individually And As Representatives of the Estate of JESSIE HERNANDEZ and as Next Friends of LUIS HERNANDEZ III and DANIEL HERNANDEZ <br><br> -INTERVENORS <br><br> V. <br><br> UNION PACIFIC RAILROAD COMPANY | **CIVIL ACTION NO. B-97-128** |

### ORDER ON MOTION FOR CONTINUANCE

On this 30th day of June, 1998, came on to be considered this Mark A. Cantu's Unopposed Motion for Continuance and the Court after having reviewed the Motions and Pleadings on file, the Court is of the opinion that same should be in all things granted.

THIS HEARING IS RESET FOR JULY 10, 1998, AT 2:30 P.M.

IT IS THEREFORE ORDERED, ADJUDGED AND DECRRED that Mark A. Cantu's Motion for Continuance be and is hereby in all things GRANTED.

SIGNED 30 JUNE, 1998.

/s/ John W. Black

MAGISTRATE JOHN W. BLACK

APPROVED AND ENTRY REQUESTED:

/s/ Mark A. Cantu

MARK A. CANTU
Texas State Bar No. 03767445
The Atrium
1300 N. 10th Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868
ATTORNEY IN CHARGE FOR
INTERVENORS'
LUIS HERNANDEZ, JR., AND AURORA
HERNANDEZ INDIVIDUALLY AND AS
REPRESENTATIVES OF THE ESTATE
OF JESSIE HERNANDEZ, AND AS NEXT
FRIENDS OF LUIS HERNANDEZ III AND
DANIEL HERNANDEZ