50

United States District Court
Southern District of Texas
ENTERED

JUL 1 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 0 1998

Michael N. Milby, Clerk of Court

## NOTICE

| | | |
|---|---|---|
| JOSE HERMILO ACEVEDO AND ALMA DELIA GUTIERREZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF JOSE ACEVEDO AND NESTOR ACEVEDO | § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-128 |
| UNION PACIFIC RAILROAD | § | |

TYPE OF CASE:    __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION TO JOIN PLAINTIFF-INTERVENORS AS POTENTIALLY RESPONSIBLE THIRD PARTIES AS TO ALL OTHER CLAIMANTS' CLAIMS AND FOR LEAVE TO AMEND FOR THE SAME PURPOSE WILL BE HELD AT THE SAME TIME AS THE HEARING ON RAILROAD'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TOT HE CLAIMS OF LUIS HERNANDEZ, JR. AND AURORA HERNANDEZ, AS NEXT FRIENDS OF LUIS HERNANDEZ, III AND DANIEL HERNANDEZ THAT HAS BEEN PREVIOUSLY SET

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME PREVIOUSLY SCHEDULED:

JULY 10, 1998 AT 2:30 P.M.

CONTINUED TO DATE AND TIME:

JULY 14, 1998 AT 1:30 P.M.

JOHN WE. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 10, 1998

FAX TO:    MR. RAY R. MARCHAN
           MR. MITCHELL C. CHANEY
           MR. MARK A. CANTU