United States District Court
Southern District of Texas
ENTERED
JUL 14 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 14 1998
Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| JOSE HERMILO ACEVEDO AND ALMA DELIA GUTIERREZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF JOSE ACEVEDO AND NESTOR ACEVEDO | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-128 |
| UNION PACIFIC RAILROAD | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION TO JOIN PLAINTIFF-INTERVENORS AS POTENTIALLY RESPONSIBLE THIRD PARTIES AS TO ALL OTHER CLAIMANTS' CLAIMS AND FOR LEAVE TO AMEND FOR THE SAME PURPOSE WILL BE HELD AT THE SAME TIME AS THE HEARING ON RAILROAD'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TOT HE CLAIMS OF LUIS HERNANDEZ, JR. AND AURORA HERNANDEZ, AS NEXT FRIENDS OF LUIS HERNANDEZ, III AND DANIEL HERNANDEZ THAT HAS BEEN PREVIOUSLY SET

NO FURTHER CONTINUANCES WILL BE GRANTED.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE 500 E. 10TH STREET BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| JULY 14, 1998 AT 1:30 P.M. | JULY 24, 1998 AT 9:00 A.M. |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 14, 1998

TO:   MR. RAY R. MARCHAN
      MR. MITCHELL C. CHANEY
      MR. MARK A. CANTU