United States District Court
Southern District of Texas
ENTERED
JUL 22 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 20 1998
Michael N. Milby, Clerk of Court

58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE HERMILO ACEVEDO and ALMA DELIA GUTIERREZ, INDIVIDUALLY and as REPRESENTATIVES OF THE ESTATES OF JOSE ACEVEDO and NESTOR ACEVEDO<br><br>V.<br><br>UNION PACIFIC RAILROAD | §§§§§§§§§§§ CIVIL ACTION NO. B-97-128 |

### ORDER GRANTING DEFENDANT'S MOTION TO JOIN PLAINTIFF-INTERVENORS AS POTENTIALLY RESPONSIBLE THIRD PARTIES AS TO ALL OTHER CLAIMANTS' CLAIMS AND FOR LEAVE TO AMEND FOR THE SAME PURPOSE

CAME ON FOR CONSIDERATION, Defendant's Motion to Join Plaintiff-Intervenors as Potentially Responsible Third Parties as to All Other Claimants' Claims and For Leave to Amend for the Same Purpose after considering the evidence and argument of counsel is of the opinion that said Motion should be GRANTED;

IT IS THEREFORE ORDERED that Defendant's Motion to Join Plaintiff-Intervenors as Potentially Responsible Third Parties as to All Other Claimants' Claims and For Leave to Amend for the Same Purpose is hereby GRANTED and this Court will GRANT Leave to Denfendant to Amend their answer to Join Plaintiff-Intervenors as Potentially Responsible Third Parties and accept for filing the Counter-Claim filed with the Motion.

SIGNED this 20TH day of JULY, 1998, AT BROWNSVILLE, TEX

_____
JUDGE PRESIDING