United States District Court
Southern District of Texas
ENTERED

JUL 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 1998

Michael N. Milby, Clerk

| | |
|---|---|
| JOSE HERMILO ACEVEDO and ALMA DELIA GUTIERREZ, INDIVIDUALLY and as REPRESENTATIVES OF THE ESTATES OF JOSE ACEVEDO and NESTOR ACEVEDO | § § § § § § § |
| V. | § § |
| UNION PACIFIC RAILROAD | § |

CAUSE NO. B-97-128

## ORDER DENYING TEMPORARY STAY

On the 31st day of July, 1998, all parties appeared for the scheduled Final Pre-trial Conference, and the Defendant, Union Pacific Railroad Company presented and argued its Motion to Disqualify Pursuant to 28 U.S.C. § 455(a) and, in the alternative, pursuant to 28 U.S.C. § 144. Upon considering the merits of such Motion and upon hearing the argument of counsel, same was denied. Defendant thereupon requested a stay of all further proceedings in this Cause until a review, by Mandamus, of this Court's denial of its Motion to Disqualify could be had. Upon consideration of such Motion and the argument of counsel, the Court is of the opinion that same should also be denied.

It is, accordingly, ORDERED that defendant Union Pacific Railroad Company's Motion to Stay All Proceedings in this Cause pending consideration, by Mandamus, of this Court's denial of its Motion to Disqualify should be, and same is, in all things, DENIED.

Signed and entered this the 30 day of July, 1998 at Brownsville, Texas.

_____
Honorable Filemon B. Vela