81

United States District Court
Southern District of Texas
ENTERED
SEP 1 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 1 0 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE HERMILO ACEVEDO and ALMA DELIA GUTIERREZ ACEVEDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JOSE ACEVEDO AND NESTOR ACEVEDO<br><br>VS.<br><br>UNION PACIFIC RAILROAD COMPANY | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 97-128<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 22, 1998, should be adopted and that Union Pacific Railroad Company's Motion for Partial Summary Judgment be GRANTED. Furthermore, all pending motions are deemed dismissed.

DONE in Brownsville, Texas, on this __10th__ day of __September__ 1998.

_____
Filemon B. Vela
United States District Court Judge

ClibPDF - www.fastio.com