83

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
*Entered*

SEP 2 9 1998

Michael N. Milby
Clerk of Court

By: *Olivia Yrity*

JOSE HERMILO ACEVEDO and §
ALMA DELIA GUTIERREZ, §
INDIVIDUALLY and as §
REPRESENTATIVES OF THE §
ESTATES OF JOSE ACEVEDO and §
NESTOR ACEVEDO §          C.A. NO. B-97-128
§
V. §
§
UNION PACIFIC RAILROAD §

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this 29th day of September , 1998, came to be heard Plaintiffs, JOSE HERMILO ACEVEDO AND ALMA DELIA GUTIERREZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF JOSE ACEVEDO AND NESTOR ACEVEDO, Intervenors, LUIS VELASCO HERNANDEZ AND AURORA HERNANDEZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JESSE HERNANDEZ, and Defendant, UNION PACIFIC RAILROAD COMPANY's, Joint Motion to Dismiss With Prejudice Plaintiffs' and Intervenors' causes of action against Defendant, UNION PACIFIC RAILROAD COMPANY, and UNION PACIFIC RAILROAD COMPANY'S Cross-Action and Counter-Claim against LUIS HERNANDEZ AND AURORA HERNANDEZ, with prejudice, and the Court being fully advised, said the Motion should in all things be **GRANTED**. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, JOSE HERMILO ACEVEDO AND ALMA DELIA GUTIERREZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF JOSE ACEVEDO AND NESTOR ACEVEDO, Intervenors, LUIS VELASCO HERNANDEZ AND AURORA HERNANDEZ, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JESSE HERNANDEZ, against Defendant, UNION PACIFIC RAILROAD COMPANY, be dismissed with prejudice, and, therefore, Defendant UNION PACIFIC RAILROAD COMPANY'S Cross-Action and Counterclaim against LUIS HERNANDEZ AND AURORA HERNANDEZ shall also be dismissed with prejudice,

with UNION PACIFIC RAILROAD COMPANY to pay court costs as agreed pursuant to the Settlement Agreement between the Parties.

SIGNED this the 29th day of September , 1998.

_____
JUDGE PRESIDING

Copies to:
Ray Marchan
Jaime A. Saenz
Mark Cantu