84

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**OCT 0 2 1998**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE HERMILO ACEVEDO and | § | |
| ALMA DELIA GUTIERREZ, | § | |
| INDIVIDUALLY and as | § | |
| REPRESENTATIVES OF THE | § | |
| ESTATES OF JOSE ACEVEDO and | § | |
| NESTOR ACEVEDO | § | C.A. NO. B-97-128 |
| | § | |
| V. | § | |
| | § | |
| UNION PACIFIC RAILROAD | § | |

## JUDGMENT

CAME ON FOR CONSIDERATION, Defendant's Motion for Partial Summary Judgment regarding the claims of Intervenors, Luis Hernandez III and Daniel Hernandez, minors, and the Court, after considering the evidence, argument of counsel and the Magistrate's Report and Recommendation, is of the opinion that said Motion should be GRANTED; It is therefore

ORDERED, ADJUDGED and DECREED that Defendant's Motion for Partial Summary Judgment is hereby GRANTED and the claims of Luis Hernandez III and Daniel Hernandez are hereby dismissed.

DONE at Brownsville, Texas, on this __2nd__ day of __October__ , 1998.

_____
JUDGE PRESIDING

copies to:

Jaime A. Saenz
Ray Marchan
Mark Cantu